IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNDERWOOD & WONG, INC., | No. 2:09-cv-1686 MCE JFM |
| Plaintiff, | |
| vs. | ORDER |
| RICARDO ENRIQUEZ, | |
| Defendant. | |
| _____/ | |

        Plaintiff filed the above-entitled action. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(19).

        On July 21, 2010, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within ten days. Defendant has not filed any objections to the findings and recommendations.

        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed July 21, 2010, are adopted in full;

2. Plaintiff's June 4, 2010 motion for entry of default judgment is granted as to plaintiff's PACA and breach of contract claims;

2. Plaintiff is awarded $10,000.00 in actual damages;

3. Plaintiff is awarded interest in the amount of $4,320.96 through July 1, 2010, and 0.49% per day thereafter until paid in full; and

4. Plaintiff is awarded $4,537.00 in attorneys' fees and costs.

Dated: August 9, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE